54 F.3d 769
 Michael Moody
v.
Township of Marlboro, Township of Marlboro Department of
Police, Joseph Walker, Chief of Police, Danny Schick,
Sergeant of Police, Donald Andrews, Lieutenant; Michael
Moody v. Township of Marlboro, Township of Marlboro
Department of Police, Joseph Walker, Danny Schick, Donald
Andrews, Township of Marlboro
 NOS. 94-5402, 94-5433, 94-5439
 United States Court of Appeals,
Third Circuit.
 Apr 27, 1995
 
 Appeal From: D.N.J., No. 90-cv-02387,
 Fisher, J.
 
 855 F.Supp. 685
 
 1
 AFFIRMED.